No. 02–7165.  WILLIAMS *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 02–7166.  VASQUEZ *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 02–7167.  ALCALA-NAVARRO *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–7173.  McRAE ET AL. *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–7176.  BAILEY, AKA ANDERSON *v.* UNITED STATES. C. A. 4th Cir.  Certiorari denied.

No. 02–7179.  INGRAM *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 02–7181.  DALE *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 02–7185.  RODRIGUEZ-ALVAREZ *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–7186.  WOODS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–7191.  NUNEZ-HERNANDEZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–7192.  WHEAT *v.* OHIO ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 02–7199.  FOSTER *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–7202.  GUSTAVE *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 02–7219.  LEWIS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–7221.  COCHRAN *v.* PUBLIC UTILITIES COMMISSION OF OHIO.  Sup. Ct. Ohio.  Certiorari denied.